## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

J. TRENT MOSBY,

       Petitioner,

v.                            **ORDER**
                              Civil File No. 07-4465 (MJD/FLN)

WARDEN TERRELL,
FMC Rochester,

       Respondent.

_____

J. Trent Mosby, pro se.

Jeffrey S. Paulsen, Assistant United States Attorney, Counsel for Respondent.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel filed June 12, 2008. [Docket No. 41] Petitioner J. Trent Mosby filed objections to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that

1

review, the Court **ADOPTS** the Report and Recommendation, with the exception that, in the first full paragraph on page 14 of the Report and Recommendation, the number "27" is replaced with the number "18."

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation filed June 12, 2008 [Docket No. 41].

2. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is **DENIED**.

3. Petitioner's motions seeking leave to supplement the record [Docket Nos. 5, 27, and 39] are **GRANTED** and the materials submitted with those motions are allowed to remain in the record in this case.

4. Petitioner's motion for discovery [Docket No. 9] is **DENIED**.

5. Petitioner's motion for continuance [Docket No. 18] is **DENIED**.

6. Petitioner's request for an evidentiary hearing [Docket No. 20] is **DENIED**.

7. Petitioner's motion to strike the Declaration of Ann Norenberg [Docket No. 17] is **DENIED**.

8. Petitioner's motions seeking pre-judgment injunctive relieve [Docket Nos. 29, 32, and 33] are **DENIED**.

9. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   August 20, 2008                             s/Michael J. Davis
                                                     Michael J. Davis
                                                     Chief Judge
                                                     United States District Court